**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

GAVIN DAVIS,

                                   **Plaintiff,**                                    **24-CV-07736 (MMG)(SN)**

                    -against-                                                                **ORDER**

MACY'S INC., et al.,

                                   **Defendants.**

-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

        In light of the close of fact discovery on May 4, 2026, the parties are directed to contact

Courtroom Deputy Diljah Shaw by email at Diljah_Shaw@nysd.uscourts.gov to schedule a

settlement conference if it would be productive at this time. Due to the Court's busy calendar,

settlement conferences must generally be scheduled at least six to eight weeks in advance. The

Court will likely be unable to accommodate last-minute requests for settlement conferences, and

the parties should not anticipate that litigation deadlines will be adjourned in response to late

requests for settlement conferences.

**SO ORDERED.**

                                                                   _____
                                                                   SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:        May 5, 2026
                    New York, New York