USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/28/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GAVIN DAVIS,

                              Plaintiffs,

              -against-

MACY'S INC., et al.,

                              Defendants.

24-CV-07736 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

On May 27, 2026, the parties attended a post-fact discovery conference with the Court. There, the parties agreed that expert discovery is not necessary and the case is ready to proceed to summary judgment briefing.

The Court set the following briefing schedule for Defendants' summary judgment motion:

- Defendants' motion for summary judgment shall be due by **July 10, 2026**;
- Plaintiff's opposition to summary judgment shall be due by **August 10, 2026**;
- Defendants' reply in support of summary judgment shall be due by **September 8, 2026**.
- Counsel are reminded that the Court's Individual Rules require the parties to prepare a **joint** 56.1 statement, see Rule II.B.9, to be filed with the Defendants' motion for summary judgment.

As discussed on the record, this Court's referral to Magistrate Judge Sarah Netburn, Dkt. No. 24, remains in effect, and the parties are free to contact Judge Netburn's chambers at any time to schedule a renewed settlement conference.

Dated: May 28, 2026
       New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge