NUKK-FREEMAN & CERRA, PC
EMPLOYMENT ATTORNEYS

June 30, 2026

VIA ECF
The Honorable Margaret M. Garnett, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Rm. 2102
New York, NY 10007

**Re: Gavin Davis v. Macy's Inc., et al.**
**Civil Action Case No: 1:24-cv-07736-MMG**

Dear Judge Garnett:

This firm represents Defendants Macy's, Inc., Macy's Retail Holdings, LLC and Macy's Herald Square (unknown entity improperly pled) (collectively "Macy's" or "Defendants") in the above referenced matter. Pursuant to the Court's Order dated May 28, 2026 (Dkt. No. 39) Defendants' motion for summary judgment is due by July 10, 2026.

Pursuant to Local Civil Rule 7.1(e) and Your Honor's Individual Rules, we respectfully submit this letter motion requesting a 60-day extension of Defendants' deadline to file their motion for summary judgment, from July 10, 2026 to September 8, 2026.

**Current Deadlines.** By way of background, the Court's May 28, 2026 Order set July 10, 2026 as Defendants' deadline to file their summary judgment motion. Plaintiff's opposition to summary judgment is due by August 10, 2026 and Defendant's reply in support of summary judgment is due by September 8, 2026. There is no appearance before the Court currently scheduled in this matter.

**Reason for Requested Extension.** Defense counsel is currently scheduled for trial during the period leading up to the present deadline, which will substantially limit counsel's availability to finalize the motion papers. In addition, because the current deadline falls shortly after the July 4th holiday period, several necessary individuals, including counsel and/or client representatives, have had limited availability due to pre-scheduled holiday-related absences.

**No Prior Extension Requests.** This is the first request for an extension of the summary judgment deadline. The requested extension will not affect any other scheduled dates. Plaintiff's counsel has consented to this request conditioned on a similar extension of 60 days for Plaintiff to file his opposition. Defendants do not require more than 30 days to file their reply.

Accordingly, the parties respectfully request that the Court extend Defendants' summary judgment motion filing deadline to September 8, 2026, Plaintiff's deadline to file his opposition to November 8, 2026 and Defendants' deadline to file their reply December 8, 2026, and grant such other relief as the Court deems just and proper.

26 Main Street, Suite 202 Chatham, NJ 07928 | 550 West C Street, Suite 910 San Diego, CA 92101
Phone 973.665.9100 | nfclegal.com | Phone 619.292.0515

We thank the Court for its consideration.

Respectfully submitted,

NUKK-FREEMAN & CERRA, P.C.

*/s/ Stacy Landau*
Stacy Landau, Esq.

SL/mh

cc: Marshall Benjamin Bellovin, Esq.
Tyler William Fierro, Esq.
Ballon Stoll P.C., *Counsel for Plaintiff* (*via ECF*)

GRANTED as modified: Plaintiff's Motion shall be due by **August 24, 2026**; any Opposition shall be due by **October 5, 2026**; and any Reply shall be due by **October 26, 2026**.

SO ORDERED. Dated July 6, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE