USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/27/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**---------------------------------------------------------------X**

**GAVIN DAVIS,**

**Plaintiff,**

**-against-**

**MACY'S INC., et al.,**

**Defendants.**

**---------------------------------------------------------------X**

**24-CV-07736 (MMG)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

The parties are directed to contact Courtroom Deputy Diljah Shaw by email at diljah_shaw@nysd.uscourts.gov to schedule a settlement conference if it would be productive at this time. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: October 27, 2026
New York, New York